**Fill in this information to identify the case:**

Debtor 1  Suk Jung

Debtor 2  Hyang Sook Chung
(Spouse, if filing)

United States Bankruptcy Court for the: Northern   District of Illinois
(State)

Case number  13-25375

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-3, Asset-Backed Certificates, Series 2005-3

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account:  7 8 9 8

**Property address:** 444 E. Pine Lake Circle
Number     Street

Vernon Hills       IL       60061
City              State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  3 / 1 / 2018
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became
due on:   ___/___/_____
MM / DD / YYYY

---

Form 4100R                    **Response to Notice of Final Cure Payment**                    page 1

Debtor 1   Suk Jung  
        First Name    Middle Name    Last Name

Case number (*if known*) 13-25375

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.  
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Ross T. Brand  
   Signature

Date 7 / 6 / 2017

Print: Ross T. Brand  
    First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: Kluever & Platt, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 65 E. Wacker Place, Suite 2300  
    Number    Street

Chicago, IL 60601  
City    State    ZIP Code

Contact phone (312) 201 – 6769

Email: rbrand@kluverplatt.com