# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

Suk Jung and Hyang Sook Chung

Chapter 13 No.    13-25375

Judge    A. Benjamin Goldgar

Debtor

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on July 6, 2017, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

/s/ Ross T. Brand

## Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on July 6, 2017 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB. 0841

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Suk Jung and Hyang Sook Chung
444 E. Pinelake Circle
Vernon Hills, IL 60061

Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

David Freydin
Law Offices of David Freydin Ltd
8707 Skokie Blvd., Suite 305
Skokie, IL 60077